UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CARMELO MORALES DE JESUS
MARIA SOCORRO NAVARRO RIVERA

DEBTOR(S)

CASE NO.: 03-01746-S

CHAPTER 13

**TRUSTEE REPORT REGARDING UNCLAIMED MONEY**

TO THE HONORABLE COURT:

   **NOW COMES** Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. This case had been closed as a DISMISSED BEFORE CONF and its Final Report & Account is been filed with this motion.

2. As of the date that this case was closed the below described check(s) remained unpaid after 90 days after the final distribution pursuant to 11 USC 1326.

3. In compliance with 11 USC 347(a) and Bankruptcy Rule 3011, the Trustee cancelled the below described check(s):

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| CARMELO MORALES DE JESUS<br>BDA LA BARRA<br>HC 9 BOX 59016<br>CAGUAS   PR            00726 | 0367625 | $ 2,435.00 |

4. The Trustee issued substitute check(s) payable to the Clerk of the Bankruptcy Court in the aggregate amount of $ 2,435.00, which is/are hereby delivered with this motion for its disposition according to Chapter 129 of Title 28.

   **WHEREFORE,** the Trustee respectfully prays that this motion be granted for the reasons herein set forth.

   **NOTICE:** The Chapter 13 Trustee hereby certify that a true copy of this motion has been served by regular US Mail on this same date to all parties appearing in the Attached Verified Statement.

DATE: 04/08/2004

Jose R. Carrion, Trustee
PO BOX 9023884, Old San Juan
San Juan, P.R. 00902-3884
(787) 977-3535 * FAX 977-3550

FINANCE DIVISION

Page 2
03-01746
CARMELO MORALES DE JESUS

## VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies, under penalty of perjury, that on this same date, I personally and duly notified true and exact copy of attached motion to each party below listed.

CARMELO MORALES DE JESUS
MARIA SOCORRO NAVARRO RIVERA
BDA LA BARRA
HC 9 BOX 59016
CAGUAS  PR
00726

*JUAN R SIERRA QUINONES*

PO BOX 5928
CAGUAS PR

00726-5928

ATTORNEY GENERAL
PO BOX 9020192
SAN JUAN, PR 00902-0192

In San Juan, Puerto Rico this 8 day of April ,2004

_____
Chapter 13 Clerk

Imaging Section

# Exhibit Not Imaged

Refer to the Physical File

Docket No. _____